BEFORE THE THIRD DIVISION, SEPTEMBER 25, 1962

**No. 67069.**—Novelty Import Co., Inc. *v.* United States, protest 60/15299 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

**No. 67070.**—Gimbel Bros., Inc. *v.* United States, protest 61/2746 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 26, 1962

**No. 67071.**—Falcon Sales Co. *v.* United States, protests 58/25345, etc. (Norfolk).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67072.**—Biddle Purchasing Co. et al. *v.* United States, protests 58/25351, etc. (Tampa).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67073.**—Falcon Sales Co. et al. *v.* United States, protests 58/25490, etc. (Galveston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67074.**—James G. Wiley and Slater Brokerage et al. *v.* United States, protests 59/2760(A), etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 26, 1962

**No. 67075.**—E. Dillingham, Inc. *v.* United States, protest 329815–K (Ogdensburg).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of cobalt therapy units similar in all material respects to those the subject of Abstract 66644, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 27, 1962

**No. 67076.**—W. J. Byrnes & Co. and Daniel Bennett *v.* United States, protest 59/29053 (Los Angeles).